# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

*July 25, 2024*

Nathan Ochsner, Clerk of Court

No. 24-40161

BOBBY BELLARD; CRAIG MESSICK; BARBRA SPEER,

*Plaintiffs—Appellants,*

*versus*

UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER;
PETER W.T. PISTERS, *President, in his official and individual capacities*;
ROSANNA MORRIS, *Chief Operating Officer, in her official and individual
capacities*; CARIN HAGBERG, *Chief Academic Officer, in her official and
individual capacities*; WELELA TEREFFE, *Chief Medical Executive, in her
official and individual capacities*; ROY CHEMALY, *Chief Infection Control
Officer, in his official and individual capacities*; SHIBU VARGHESE, *Senior
Vice President for People, Culture, and Infrastructure, in his official and
individual capacities*; JOHN DOES 1-5, *in their official and individual
capacities*,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:22-CV-88

ORDER:

ON CONSIDERATION of the motion to stay proceedings in this
cause, IT IS ORDERED that pursuant to 5TH CIR. R. 42.4 this appeal is
hereby dismissed without prejudice to the right of either party to reinstate

No. 24-40161

the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.

> LYLE W. CAYCE, CLERK
> United States Court of Appeals
> for the Fifth Circuit
> /s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 25, 2024

Mr. Nathan Ochsner
Southern District of Texas, Galveston
United States District Court
601 Rosenberg Street
Room 411
Galveston, TX 77550-0000

        No. 24-40161   Bellard v. University of Texas
                       USDC No. 3:22-CV-88

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Melissa Mattingly*

                        By: _____
                        Melissa V. Mattingly, Deputy Clerk
                        504-310-7719

cc w/encl:
        Ms. Brooke C. Bahlinger
        Mr. H. Christopher Bartolomucci
        Mrs. Carrie Beth Hoffman
        Mr. Kenneth A. Klukowski
        Ms. Jessica Glatzer Mason